76,070-06

To whom it may concern:

My name is Lamar Lovett #1687455. I belive that I am being held in Illegal restraint of my physical Liberty. District Attorney used Dismised evidence that is not valid to convict me of cause #D-1-DC-10-904094. The Code of Criminal Procedure was violated by use of extreaneous offences being used to convict me in a Reindictment of cause no. D-1-DC-10-202992 that was dismised after the conviction on the 6th of march or may 2011 also extreaneous evidence presented from Solicitation to commit capitol murder that was dismissed 8-24-11. Said evidence was subject to Illegal police procedures Art 1 Tex Cons 1.06 and Code Crim Procedure 38.23. It must be clearly proven that the offence was commided and the accused is the perpedrator CCP. 37.071 it was never proven that defendant commided commided solicitation to commit capitol murder or the use of Rule 404(b) also the Informants statements are Inadmissiable via CCP. 38.22 Sec 2(a)(3) Edwards vs Arizona 451 U.S. 477 (1981) Art 1 Sec 10 Tex Const Art 1.05 miranda v Arizona 384 U.S. 436 (1966) it is Inadmissiable and irrelevant accorded as the Texas Constitution

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

along with the U.S. Constitution, I do have a Bi Polar Disorder. I also have A.D.H.D. That dose not make me ignorant of my God given Constitutional Rights by Texas and America. I herby request relief from my 70 yr sentence of P-1-DC-10-904094 All original cause numbers were dismissed after use in my conviction. There was also no compentacy hearing or Pre-Sentance Investigation via GCP 42.1295! Your Attention to this is appreciated greatly

Respectfully

Lamar Lovett #1687455
3001 S. Emily Dr
Beeville Tx 78102

Lamar Lovett
v
State of Texas

3-22-15

Court of Criminal Appeals
PO Box 12308 Capitol Station
Austin Tx 78711

RE, D-1-DC-10-904094
WR-76,670

## Summary of Judgement

On Nov 19th 2014. The Court of Criminal Appeals ordered the 299th District Court Austin Tx Travis Co, 90 day to have Designated issues resolved.

Also the Court of Criminal Appeals ordered District 299 to Surrender all affidavits and intergeregatories on the transcription of the Court reporters notes of Facts and conclusions of Law. Turned over to the Court of Criminal Appeals in 120 days

The District Court 299 has not complied with the Court of Criminal Appeals order. They are also in Default of this order. They may also be in Contempt of court.

The Defendant henby request relief from the Convictions of Caase# D-1-DC-10-904094.

## Inmate Declaration

I do herby Certify that all claims in this motion are true and correct under Penelty od Perjury

Respectfully

Lamar Lovett #1682455

Lamar Lovett
3001 S, Emly Dr
Beeville Tx 78102

## Prayer

I herby pray the court finds in favor od this motion and grants it do the fullest

Respectfully

Lamar Lovett #1682450
3001 S. Emily Dr
Beeville TX 78102

COPY 1